**IN THE UNITED STATES BANKRUPTCY COURT**
**<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| LAWRENCE MARK BROWN | : | |
| DEBTOR | : | BKCY NO.  15-17192MDC13 |

<u>**O R D E R**</u>

AND NOW, on this  23rd  day of  March , 2017 it is hereby, ORDERED and DECREED that CITY OF PHILADELPHIA, 1401 ARCH STREET, PHILADELPHIA, PA 19102, ATTN: PAYROLL DEPARTMENT  cease wage deductions of LAWRENCE MARK BROWN, Social Security Number: XXX-XX-7886.

BY THE COURT:

*Magdeline D. Coleman*
_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

Copies Mailed to:

Michael A. Cibik, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

William Miller, Trustee
PO Box 1229
Philadelphia PA 19105

City of Philadelphia
1401 Arch Street
Philadelphia, PA 19102
Attn:  Payroll Department

Lawrence Mark Brown
6545 Walker Street
Philadelphia, PA 19135