United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-17192-mdc
Lawrence Mark Brown                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR              Page 1 of 1               Date Rcvd: Mar 23, 2017
                             Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2017.
db          +Lawrence Mark Brown,    6545 Walker Street,    Philadelphia, PA 19135-2610
            +City of Philadelpia,    1401 Arch Street,    Philadelphia, Pa 19102-1525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              LEON P. HALLER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Lawrence Mark Brown ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Lawrence Mark Brown ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| LAWRENCE MARK BROWN | : | |
| DEBTOR | : | BKCY NO.   15-17192MDC13 |

**O R D E R**

AND NOW, on this  23rd  day of  March , 2017 it is hereby, ORDERED and DECREED that CITY OF PHILADELPHIA, 1401 ARCH STREET, PHILADELPHIA, PA 19102, ATTN: PAYROLL DEPARTMENT   cease wage deductions of LAWRENCE MARK BROWN,  Social Security Number: XXX-XX-7886.

BY THE COURT:

_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

Copies Mailed to:

Michael A. Cibik, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

William Miller, Trustee
PO Box 1229
Philadelphia PA 19105

City of Philadelphia
1401 Arch Street
Philadelphia, PA 19102
Attn:  Payroll Department

Lawrence Mark Brown
6545 Walker Street
Philadelphia, PA 19135