United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-17192-mdc
Lawrence Mark Brown                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: DonnaR              Page 1 of 2              Date Rcvd: Oct 11, 2017
                               Form ID: pdf900           Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
```
db            +Lawrence Mark Brown,   6545 Walker Street,    Philadelphia, PA 19135-2610
13609628      +CLARENCE BOYNES,   6100 FRANKFORD AVENUE,    APT A-9,    PHILADELPHIA, PA 19135-4409
13609630      +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
13609631      +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13609632     #+FURIA AND TURNER,   1719 RITTENHOUSE SQUARE,    PHILADELPHIA, PA 19103-6109
13609635       Jefferson University Hospital,    c/o State Collection Serv. Inc,    2509 S Stoughton Road,
                P O Box 6250,   Madison, WI 53716-0250
13609636      +KML Law Group,   701 Maeket Street,    Suite 5000,    Philadelphia, PA 19106-1541
13609638      +MAMIE BRIGGS,   6100 FRANKFORD AVE,    APT A-9,    PHILADELPHIA, PA 19135-4409
13609639       PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,   P.O. Box 280946,
                Harrisburg, PA 17120-0946
13609640       PA SCDU,   PO Box 69110,    Harrisburg, PA 17106-9110
13609642      +PGW,   Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13609644      +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                Chicago, IL 60661-3631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Oct 12 2017 01:51:27     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2017 01:51:08     Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 12 2017 01:51:16     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13615623       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 12 2017 02:24:36
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,   PO Box 248848,
                Oklahoma City, OK  73124-8848
13609624      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 12 2017 01:51:08     Asset Acceptance LLC,
                PO Box 2036,    Warren, MI 48090-2036
13609627       E-mail/Text: bankruptcy@phila.gov Oct 12 2017 01:51:27     City of Philadelphia,
                Bankruptcy Unit,   15th Floor,    1515 Arch Street,    Philadelphhai, PA 19102
13609625      +E-mail/Text: ecf@ccpclaw.com Oct 12 2017 01:50:50     Cibik and Cataldo, P.C.,
                225 S. 15th Street,   Suite 1635,    Philadelphia, PA 19102,    ccpc@ccpclaw.com 19102-3825
13609626      +E-mail/Text: ecf@ccpclaw.com Oct 12 2017 01:50:50     Cibik and Cataldo, P.C.,
                1500 Walnut Street,   Suite 900,    Philadelphia, PA 19102-3518
13609629       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2017 01:51:07     Commonwealth of PA,
                Dept. of Revenue,   Bureau of Compliance,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13609633       E-mail/Text: cio.bncmail@irs.gov Oct 12 2017 01:50:53     I.R.S.,   P.O. Box 7346,
                Philadelphia, PA  19101-7346
13609637       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 12 2017 01:58:07     LVNV Funding LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13609643       E-mail/Text: blegal@phfa.org Oct 12 2017 01:51:11     PHFA,   PO Box 15057,
                Harrisburg, PA 17105-5057
13609641      +E-mail/Text: ebn@vativrecovery.com Oct 12 2017 01:50:54     Palisades Acquisition IX LLC,
                Vativ Recovery Solutions LLC,    c/o Palisades Acquisition IX LLC,   P.O. Box 19249,
                Sugar Land, TX 77496-9249
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13609634*       I.R.S.,   P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Oct 11, 2017
                              Form ID: pdf900           Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              LEON P. HALLER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Lawrence Mark Brown ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Lawrence Mark Brown ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAWRENCE MARK BROWN                                Chapter 13

                     Debtor            Bankruptcy No. 15-17192-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _5th_ day of _October_, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
LAWRENCE MARK BROWN

6545 WALKER STREET

PHILADELPHIA, PA 19135-