**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Lawrence Mark Brown                              Chapter 13

                        Debtor                              Bankruptcy No. 15-17192-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated; and it is further

**ORDERED**, that in light of the Consent Order previously entered in this matter by and among the standing trustee, debtor(s) and counsel for the debtor(s), the dismissal of this case is **WITH PREJUDICE**, Debtor(s) shall be prohibited from filing any susequent bankruptcy petition within a period of 24 months.

                                           _____
                                               Magdeline D. Coleman
                                               Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

[Debtor's Attorney]
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

[Debtor]
Lawrence Mark Brown
6545 Walker Street
Philadelphia, PA 19135