UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Lawrence Mark Brown                     Chapter 13

                 Debtor           Bankruptcy No. 15-17192-MDC

*AMENDED* Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this ___30th___ day of ___November___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated; and it is further

ORDERED, that in light of the Consent Order previously entered in this matter by and among the standing trustee, debtor(s) and counsel for the debtor(s), the dismissal of this case is **WITH PREJUDICE**, Debtor(s) shall be prohibited from filing any susequent bankruptcy petition within a period of 24 months.

                                  _____
                                    Magdeline D. Coleman
                                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

[Debtor's Attorney]
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

[Debtor]
Lawrence Mark Brown
6545 Walker Street
Philadelphia, PA 19135